Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 16, 2005









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01107-CV

____________

 

IN RE CHRISTUS HEALTH GULF COAST
D/B/A CHRISTUS ST. CATHERINE HEALTH & WELLNESS CENTER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 31, 2005, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator asks this court to direct the
Honorable Kent Sullivan, Judge of the 80th District Court of Harris County,
Texas, to vacate his order of September 29, 2005, denying Relator=s Motion for Protective Order.








In determining whether mandamus should issue, we confine our
focus to the record that was before the trial judge when the complained‑of
ruling was made.  See In re Bristol‑Myers
Squibb Co., 975 S.W.2d 601, 605 (Tex.1998) (orig. proceeding).   The record before the trial court at the
time of September 29, 2005, does not establish Relator is entitled to mandamus
relief. 

Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 16, 2005.

Panel consists of
Justices Fowler, Edelman, and Guzman.